**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DONALYN SOMMERS n/k/a
DONALYN WALSH,

    Plaintiff(s),

v.                                    CASE NO: 8:05-CV-303-T-30MSS

PEDIATRIC SERVICES OF AMERICA,
INC.,

    Defendant(s).
_____/

## ORDER

Defendant's Motion for Summary Judgment (Dkt. #13) and Defendant's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (Dkt. #14) were filed on November 14, 2005, in the above-styled case. Said document(s) violate(s) Local Rule 3.01(c) of the Middle District of Florida, which states: "Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." Counsel may not circumvent this rule by separately filing a motion and memorandum in support thereof. It is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Summary Judgment (Dkt. #13) and Defendant's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment (Dkt. #14) are **STRICKEN** from the record.

2. Additionally, any responses required to be filed because of the stricken document(s) will not be required and will also be stricken.

**DONE** and **ORDERED** in Tampa, Florida on November 17, 2005.

*[signature: James S. Moody, Jr.]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*S:\Odd\2005\05-cv-303.strike excess pages.wpd*

-2-