# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DONALYN SOMMERS n/k/a**
**DONALYN WALSH,**

    **Plaintiff,**

v.                                                           Case No.  8:05-cv-303-T-30MSS

**PEDIATRIC SERVICES OF AMERICA,**
**INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via Defendant's Notice of Settlement (Dkt. #33) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 23, 2006.

                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-303.dismissal.wpd